ENTER JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. BUNCIO,<br><br>                      Plaintiff,<br>   v.<br>NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-11T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11T1; and DOES 1 – 10 inclusive,<br><br>                      Defendant, | Case No. CV-18-7335-R<br><br>**ORDER OF DISMISSAL** |

    THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 90 days, to reopen the action if the settlement is not consummated. IT IS FURTHER ORDERED that all dates set

/ / /

in this action are hereby vacated.  The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated November 30, 2018

_____
MANUEL L. REAL
United States District Judge