**CDLG, PC**
Tony Cara, Esq., CA SBN: 170720
2973 Harbor Blvd., #594
Costa Mesa, CA 92626
Tel. (888) 615-6765
Fax (888) 660-8874
E-mail: cdlglawyer@gmail.com

Attorney for Plaintiff,
RONALD BUNCIO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BUNCIO,<br><br>  Plaintiff,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC D/B/A/ SHELLPOINT MORTGAGE SERVICING; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-11T1, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-11T1; and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO. 2:18-cv-07335-R-RAO<br><br>*Honorable Judge Manuel L. Real*<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

**TO ALL INTERESTED PARTIES AND THEIR COUNSELS OF RECORD HEREIN:**

The Court, having considered the documents on file rules that the stipulation of dismissal be **GRANTED**.

Thus, the stipulation of dismissal completely terminates the above-entitled action against all parties **WITH PREJUDICE**. Each party will bear its/his own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 8, 2019          By: _____
                                    Honorable Manuel L. Real
                                    United States District Court Judge